UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL SILVER,<br><br>        Plaintiff,<br><br>    v.<br><br>TOBIAS & ASSOCIATES INC.,<br><br>        Defendant. | Case No. 20-cv-07382-JSW<br><br>**ORDER LIFTING STAY AND SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 39, 40 |

On March 26, 2021, the Court granted Defendant's motion to stay pending a ruling from the United States Supreme Court in *Facebook, Inc. v. Duguid*. On April 12, 2021, Defendant filed a notice that the Supreme Court had issued its decision. Accordingly, the Court lifts the stay and ORDERS the parties to appear for an initial case management conference on June 25, 2021 at 11:00 a.m. The parties shall file a joint case management conference statement by June 18, 2021.

**IT IS SO ORDERED**.

Dated: April 13, 2021

_____
JEFFREY S. WHITE
United States District Judge