Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
 abacon@toddflaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL SILVER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> TOBIAS & ASSOCIATES INC., d/b/a GET ME HEALTHCARE and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. <br><br> 4:20-cv-07382-JSW <br><br> **NOTICE OF SETTLEMENT AS TO INDIVIDUAL CLAIMS ONLY** |

NOW COMES THE PLAINTIFF, by and through his attorneys, to respectfully notify this Honorable Court that this case has settled individually. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: May 6, 2021

       LAW OFFICES OF TODD M. FRIEDMAN, P.C.

       By: /s/ Todd M. Friedman
          Todd M. Friedman
          Law Offices of Todd M. Friedman
          Attorney for Plaintiff

## CERTIFICATE OF SERVICE

Filed electronically on May 6, 2021, with:

United States District Court CM/ECF system

Notification sent electronically on May 6, 2021, to:

To the Honorable Court, all parties and their Counsel of Record

/s/ Todd M. Friedman
Todd M. Friedman