# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL SILVER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TOBIAS & ASSOCIATES, INC. d/b/a GET ME HEALTHCARE; DOES 1 Through 10, inclusive,<br><br>Defendant | Case No.<br><br>4:20-cv-07382-JSW<br><br>~~PROPOSED~~ **ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREDJUDICE AS TO CLASS CLAIMS** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated ~~this~~ May 21, 2021

_____
Honorable Judge of the District Court